**Dated: May 08, 2026**
**The following is ORDERED:**

**Denise E. Barnett**
**UNITED STATES BANKRUPTCY JUDGE**

---

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TENNESSEE

In re:
**Sabrina Shauntay Westbrook**

Debtor(s)

Case No. 26−21625
Chapter 7

## ORDER CLOSING CASE

It appearing to the Court that this case was heretofore dismissed and should now be closed; now therefore, the Bankruptcy Court Clerk is authorized to administratively close this case.

poco014.jsp